AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>William Gauvin<br><br>*Defendant(s)* | Case No. 3:17mj 1669 DFM |

FILED
2017 NOV -1  P 1:42
DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Oct. 27, 2016 to Mar. 22, 2017  in the county of  Tolland  in the District of  Connecticut , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2242(b) | Enticement of a Minor to Engage in Illegal Sexual Activity |

This criminal complaint is based on these facts:

See Attached Affidavit of Ryan Mahar, Special Agent with the Department of Homeland Security

☐ Continued on the attached sheet.

*Complainant's signature*

Ryan Mahar
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/1/17

/s/ DFM
*Judge's signature*

City and state:  Hartford, Connecticut   Hon. Donna F. Martinez, U.S. Magistrate Judge
*Printed name and title*